Lawrence Elliott DAWSON, Jr., and James B. Dawson, minors, by their father and next friend, Lawrence E. Dawson, Plaintiffs-Appellees,

v.

HILLSBOROUGH COUNTY, FLORIDA, SCHOOL BOARD, Defendant-Appellant.

No. 71-1169

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 14, 1971.

Rehearing Denied and Rehearing En Banc Denied Aug. 13, 1971.

David C. G. Kerr, Wm. Terrell Hodges, W. Crosby Few, Macfarlane, Ferguson, Allison & Kelly, Tampa, Fla., for defendant-appellant.

David A. Maney, Tampa, Fla., for plaintiffs-appellees.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

In an extensively detailed opinion, the District Judge found as a fact that there was no necessity for the hair style regulations promulgated by the Hillsborough County School Board, 322 F.Supp. 286. On the record, these findings are not clearly erroneous.

The judgment of the District Court, therefore, is affirmed, Ferrell v. Dallas

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

Independent School District, 5 Cir., 1968, 392 F.2d 697; Griffin v. Tatum, 5 Cir., 1970, 425 F.2d 201.

Affirmed.

## ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

WISDOM, Circuit Judge, not participating.